# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2193

_____

JOSEPH JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


May 10, 2019


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Joseph Johnson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.